UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE



Granville S Watson

Plaintiff,   Case No.: 1:22-CV-00258

V

State of Connecticut

Defendant,

## MOTION FOR DEFAULT JUDGMENT

The Plaintiff motions to this court for an entry of default judgment against the Defendant for failure to answer or respond to the complaint as required by law. The Defendant was served as Federal law requires on **March 1 2022.** Federal law states ( Court of the Common Pleas Civil Rule 55 ) the defendant has 20 days to respond after being served the complaint, and the defendants have yet to file a response or answer to the complaint.

Several crimes have been committed against the Plaintiff by government officials within the State of Connecticut, and as a result the complaint was filed.

Because of the nature of the crimes committed against the plaintiff, it's very likely that the defendant will not answer the complaint. For those reasons, good cause exists to grant this motion.

Default Judgment may be served on the defendant at ;  Office of the Attorney General, State of Connecticut 55 Elm St Hartford Connecticut 06106

Respectfully submitted this 29 day of March 2022
Granville S Watson
Plaintiff