Granville S Watson
Pro Se
Plaintiff;

UNITED STATES DISTRICT COURT
DIVISION OF CONNECTICUT

MAY 10 2022 AM 11:55
FILED-USDC-CT-New_Haven

William Tong
Jon Laughlin

Violation of Civil Rights
42 USC 1983

Dawne G Westbrook
Defendant 1
Michael Morrissey
Defendant 2

Case # 1:22-CV-00258
Case # 3:22-CV-00563-KAD

Defendant 3

Defendant 4

### AMENDED COMPLAINT:

I would like to amend my complaint and correct the errors from the past two complaints. And I object to the case being dismissed.

As I stated in the original complaint I was imprisoned wrongfully for a five year sentence and detained illegally for three years.

Michael Morrissey was directly responsible for both of these injustices. Misinformation from Michael Morrissey led to both of the wrongful detentions. However with the three year detention, it was far more severe and the defendants conspired to cover up this crime as this could have caused considerable harm to them.

In the response the Magistrate Judge filed April 28 2022 there are several issues I would like to address. First the conflicting information my brother and I have submitted to the courts on different occasions for different reasons. My brother ( Audley Watson ) had an encounter completely independent of me on the morning of Reginald Montgomery's death, later in the day I had an encounter with Reginald Montgomery completely independent of my brother. As the day went on my brother and I had encounters with Reginald Montgomery that were not the same, as a result our beliefs on what ultimately led to the death of Reginald Montgomery are not the same.
My brother and I talk about the events that ultimately led to the death of Reginald Montgomery, our understanding of what led to his death differs to this day. As we both had different experiences with Reginald Montgomery on the day he died, it's easy to understand why our beliefs differ.

Ultimately only my brother was charged with any crime in relation to the death of Reginald Montgomery, and every witness told the police I was not involved in any way that would be considered illegal, I was never even questioned as a suspect and the police told me in the immediate aftermath that I did everything right, and my brother never gave a statement so there was no conflicting information at the time so that was not a reason for the illegal detainment. I should have not been detained for five minutes let alone three years. Furthermore a year had passed before the detainment giving the defendants plenty of time to investigate which they did not.

Michael Morrissey's erroneous information was the reason for the illegal detention. However the other defendants were in a unique position to know that as an American citizen I am entitled to due process, and they knew that every action they took against me during and after my illegal detention was a crime.

Dawne G Westbrook said when she illegally detained me, that if this detainment was in error she wanted to make sure it could and would be corrected, it has never been corrected.
If the defendants believe the creation of fraudulent documents and a poor attempt to conceal the illegal acts, is correcting these crimes I would have to disagree.

My inexperience in the field of law has caused me to put information in these complaints that may not belong, I believed that in order for this court to understand the events that occured, I needed to word my complaint a certain way, and I framed the previous complaint in a way that made sense to me, I would have hired an attorney, but because of who the defendants are I have had difficulties securing one.

In regards to my understanding of tolling laws, I may have made a mistake in regards to the tolling laws but I know that the statute of limitations has not expired when crimes are ongoing and there is still an ongoing conspiracy and the fraudulent documents are still available.

I stated in my original complaint that I was denied a job because of the false information in my criminal history that should have been cleared by the pardon. The pardon I received did not correct the fraudulent information. Jon Laughlin was able to obtain the fraudulent information, Lisa Santiago was able to access the illegal information, Veronica Rogers was able to obtain the fraudulent information, William Tong could access the fraudulent information, Manchester Superior Court clerks could access the fraudulent information and I was able to obtain the fraudulent information, no one should be able to access information that's completely erroneous and causes me harm.

Until the fraudulent information is changed and when the past criminal history is made unavailable to everyone, the crime is ongoing.

There are simple solutions to correct these injustices and crimes. William Tong and Jon Laughlin have the power to end this complaint in an instant , and yet they choose not to.
I hope that with this amended complaint, William Tong and Jon Laghlin choose to correct these injustices.

So I ask that the court allow this complaint to continue until it is resolved to the satisfaction of both the plaintiff and defendants.

Thank you for your time and consideration.


Granville S Watson
196 Haut Brion Ave
Newark Delaware 19702
413-330-1147




All parties have been given copies of this complaint.
Office of the Attorney General
55 Elm St Hartford Ct 06106

Manchester Police Department
239 Middle Turnpike E
Manchester , CT 06040

United States District Court
141 Church St
New Haven Ct 06510

May 9 2022

MELISSA M RAFFAELLI
Notary Public
State of Delaware
My Commission Expires on Jul 27, 2023